UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY KAUFFMAN-STACHOWIAK,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-05186-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 69 |

The minute entry from the settlement proceedings indicates that this matter has been settled in full.  Dkt. No. 69.

IT IS SO ORDERED that this matter is DISMISSED WITH PREJUDICE and the scheduled trial dates VACATED.  It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 2, 2017



William H. Orrick
United States District Judge